Probation Form No.
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.                                      Crim. No. 04-CR-03-01-SM

Pedro Vasquez-Cruz

On February 16, 2006 the above named was placed on Supervised Release for a period of three years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Pedro Vasquez-Cruz be discharged from Supervised Release.

Respectfully submitted,

Tim Brown
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 10th day of October, 2008.

Honorable Steven J. McAuliffe
Chief U.S. District Judge

U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

OCT 10 2008

**FILED**